ACCEPTED
12-15-00166-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 4:49:14 PM
Pam Estes
CLERK

**IN THE COURT OF APPEALS**
**THE TWELFTH DISTRICT OF TEXAS**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/2/2015 4:49:14 PM
PAM ESTES
Clerk

**SAMUEL LANCASTER IV**                    **CASE NO. 12-15-00166-CR**

**V.**                                                         **TRIAL COURT NO.**

**THE STATE OF TEXAS**                          **CR- 2014-0496**

APPPEAL FROM THE 217TH DISTRICT COURT
OF ANGELINA COUNTY, TEXAS
THE HONORABLE ROBERT K. INSELMANN, JR., JUDGE PRESIDING

## MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS;

COMES NOW, John D. Reeves, court appointed attorney on appeal for Samuel Lancaster, IV Appellant, and pursuant to Anders v. California, 386 U.S. 738 (1967). Johnson v. State, 885 S.W. 2d 641 (Tex. App.-Waco 1994), and Stafford v. State 813 S.W. 2d 503 (Tex. Crim. App. 1999), files this Motion to Withdraw, and for good cause shows this Honorable Court the following:

### I . FACTS

1. Appellant Samuel Lancaster IV was indicted on July 28, 2014 by a grand jury in cause 2014-0496 in the July/September term for evading arrest or detention- one or more prior. Additionally, appellant was indicted by a grand Jury in the July/September term in cause 2014-0634 on July 28, 2014 for the offense of

possession of marijuana in an amount of five pounds or less but more than four ounces. The two matters were consolidated by agreement on November 3, 2014 into cause 2014-0496.

2. Appellant Samuel Lancaster IV waived arraignment for the each offense on August 15, 2014 and entered a plea of not guilty.

3. Appellant, Samuel Lancaster IV, signed a waiver of jury trial in both cases on January 29, 2015, which was approved by the trial court.

4. Appellant, Samuel Lancaster IV, entered a plea of not guilty to the consolidated indictments and Appellant was found guilty on two consolidated indictments and sentenced to eight years in the ID-TDJC on the evading arrest and two years in the State Jail Division for the possession of marijuana charge on May 15, 2015.

5. On an Order appointing John D. Reeves as appellate counsel was entered by the trial court July 14, 2015.

6. On June 10, 2015 trial counsel filed a Notice of Appeal.

7. The order for designation of records was signed by the trial court on or the Clerk's Record and the Reporter's Record.

8. On November 2, 2015 counsel for Appeal filed an Anders brief on behalf of Appellant with this Honorable Court, and forwarded a copy of the brief to appellant explaining his rights regarding pro se brief and Discretionary Review.

## II. ARGUMENT

9. In accordance with the requirements of Anders v. California, 386 U.S. 738 (1967), and Johnson v. State, 885 S.W. 2d 641 (Tex. App.-Waco 1994) counsel for requests this Honorable Court to allow him to withdraw.

10. Appellant's address is:

> Samuel Lancaster IV
> TDCJ# 2004508
> 2350 Atascocita Rd.
> Humble, Texas 77396

11. Counsel for Appellant has forwarded a copy of the Anders brief to Appellant to Appellant.

12. Good cause exists to relieve counsel, John D. Reeves, counsel for Appellant from his representation of appellant Samuel Lancaster IV. Specifically, counsel for Appellant can find no arguable grounds to support an appeal and finds after a thorough review of the record that any issue brought forth would be without merit and frivolous.

## III.   PRAYER

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant prays that this Honorable Court grant his Motion to Withdraw without harm to the rights guaranteed Samuel Lancaster IV by the United States Constitution and the Constitution of the State of Texas.

Respectfully Submitted,

*/s/John D. Reeves*
John D. Reeves
SBN # 16723000
1007 Grant
Lufkin, Texas 75901
Ph: 936\ 632-1609
Fax: (936) 632-1640
Email. tessabellus@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing instrument was mailed by e-filing on this the

2nd day of November, 2015 to the following counsel and parties of record.

Ms. April Ayers-Perez                 */s/John D. Reeves*
Angelina Asst.District Attorney       _____
P.O. Box 908                               John D. Reeves
Lufkin, Texas 75901

Samuel Lancaster IV
TDCJ# 2004508
2350 Atascocita Rd.
Humble, Texas 77396